**Order filed August 12, 2014, Withdrawn, Appeal Reinstated and Order filed August 21, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00237-CR
_____

**DEVANE BERNARD SALTERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 13CR0588**

## ORDER

On August 12, 2014, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for failure to file appellant's brief. On August 15, 2014, an extension of time to file a portion of the reporter's record was filed.

Accordingly, our order of August 12, 2014, is withdrawn. The appeal is reinstated.

PER CURIAM